UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   Criminal No. 03-CR-10331 (RGS) |
| | ) |
| IVAN VELEZ | ) |

### ASSENTED TO MOTION FOR AN ORDER OF EXCLUDABLE DELAY

The United States of America, by its attorneys, Michael J. Sullivan, United States Attorney, and Cynthia W. Lie, Assistant U.S. Attorney, and the defendant, hereby respectfully move, pursuant to 18 U.S.C. § 3161(h) and Section 5(f)(4) of the Plan for the Prompt Disposition of Criminal Cases of the United States District Court for the District of Massachusetts, in computing time within which the trial of this matter shall commence under 18 U.S.C § 3161(c)(1), for an order to exclude time from June 29, 2004 until the final pre-trial conference on August 2, 2004, in the interests of justice, which defense counsel consented to in open court this day. It appears that an order for excludable time was inadvertently not filed for the period June 5, 2004 until June 28, 2004. This motion also requests that this time be excluded in the interests of justice and since this was the

1

discovery period.  The two proposed orders are attached.

                              Respectfully submitted,
                              MICHAEL J. SULLIVAN
                              UNITED STATES ATTORNEY

By: _____
     CYNTHIA W. LIE
     Assistant U.S. Attorney
     United States Courthouse
     One Courthouse Way
     Boston, MA
     (617) 748-3183

Dated: June 29, 2004

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the ~~attorney of~~ Percy Martinez ~~record for each other party~~ by mail

_____
Assistant U.S. Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA  
v.  
IVAN VELEZ

MAG. JUDGE NO. _____  
CRIMINAL NO. 03 CR 10331 RGS

## ORDER OF EXCLUDABLE DELAY

In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders excludable delay from **6/5/04** to **6/28/04** for the reasons checked below.

_____          _____
Date                                                                  U.S. District Judge
                                                                              U.S. Magistrate Judge

REFER TO DOCUMENT(S)

| | | | |
|---|---|---|---|
| [ ] | XA | Proceedings including examinations to determine mental competency or physical capacity | 18 U.S.C.3161(h)(1)(A) |
| [ ] | XD | Interlocutory Appeal | 18U.S.C.3161(h)(1)(E) |
| [ ] | XE | Pretrial motions from filing date to hearing or disposition | 18U.S.C.3161(h)(1)(F) |
| [ ] | XG | Proceedings under advisement | 18U.S.C. §3161(h)(1)(J) |
| [ ] | XH | Miscellaneous proceedings concerning defendant | 18 U.S.C.§3161(h)(1) |
| [ ] | XIVI | Absence or unavailability of defendant or essential government witness | 18 U.S.C. §3161 (h)(3) |
| [ ] | XN | Period of mental or physical incompetency or physical inability to stand trial | 18 U.S.C.§3161(h)(4) |
| [X] | XT | Continuance granted in the interest of justice | 18 U.S.C.S3161(h)(8) |
| [ ] | | Delay incident to transfer proceedings | 18 U.S.C.3161(h)(1)(G) |

# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          MAG. JUDGE NO. _____

v. Ivan Velez                     CRIMINAL NO. 03CR10331 RGS

## ORDER OF EXCLUDABLE DELAY

In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders excludable delay from 6/29/04 to 8/2/04 for the reasons checked below.

_____                          _____
Date                                             U.S. District Judge
                                                 U.S. Magistrate Judge

REFER TO DOCUMENT(S)

| | | | |
|---|---|---|---|
| [ ] | XA | Proceedings including examinations to determine mental competency or physical capacity | 18 U.S.C. 3161(h)(1)(A) |
| [ ] | XD | Interlocutory Appeal | 18 U.S.C. 3161(h)(1)(E) |
| [ ] | XE | Pretrial motions from filing date to hearing or disposition | 18 U.S.C. 3161(h)(1)(F) |
| [ ] | XG | Proceedings under advisement | 18 U.S.C. §3161(h)(1)(J) |
| [ ] | XH | Miscellaneous proceedings concerning defendant | 18 U.S.C. §3161(h)(1) |
| [ ] | XIVI | Absence or unavailability of defendant or essential government witness | 18 U.S.C. §3161 (h)(3) |
| [ ] | XN | Period of mental or physical incompetency or physical inability to stand trial | 18 U.S.C. §3161(h)(4) |
| [X] | XT | Continuance granted in the interest of justice | 18 U.S.C. S3161(h)(8) |
| [ ] | | Delay incident to transfer proceedings | 18 U.S.C. 3161(h)(1)(G) |