UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 03-CR-10331 (RGS) |
| ) | |
| IVAN VELEZ ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

In accordance with LR 116.5(A), the parties hereby jointly file the following status report in this matter.

1. <u>Local Rule 116.3 Timing Requirements</u>

At this time the parties are not seeking relief from the timing requirements imposed by L.R. 116.3.

2. <u>Expert Discovery</u>

The government anticipates that, should this case proceed to trial, it will offer expert testimony regarding the Black Market Peso Exchange. The government will disclose any expert materials no later than 30 days before trial. The defendant will disclose any expert materials no later than 14 days before trial.

3. <u>Additional Discovery</u>

All Rule 16 and automatic discovery materials have been provided to defendants' counsel or made available for counsels' review to date.

4. <u>Motion Date</u>

The parties are jointly requesting that July 26, 2004 be set

1

as the date for all motions to be filed.

   5. Speedy Trial Act Calculations

   The parties have conferred on the periods excludable from all Speedy Trial Act calculations and jointly submit that the following periods are excludable:

   5/6/04-6/3/04   Automatic Discovery period

   6/4/04-6/28/04  Interests of Justice

   The parties are requesting that the time between the filing of this initial status report and the date of the Final Status Conference be excluded from all Speedy Trial Act calculations in the interests of justice to allow the parties to discuss the possibility of a resolution of this case without trial.

   6. Anticipated Trial

   At this time, the parties cannot say yet whether a trial is anticipated.

   7. Final Status Conference

   The parties request that a Final Status Conference be scheduled for August 2, 2004, or as soon thereafter as is

convenient for the Court.

                                        Respectfully submitted,
                                        MICHAEL J. SULLIVAN
                                        UNITED STATES ATTORNEY

By: _____ 6/29/04
                                        CYNTHIA W. LIE
                                        Assistant U.S. Attorney
                                        One Courthouse Way
                                        Boston, MA
                                        (617) 748-3183

Dated: June 29, 2004

_____
Percy Martinez
2 Alhambra Plaza
Coral Gables, FL 33134