# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 03-10331-RGS

UNITED STATES OF AMERICA

v.

IVAN VELEZ

## FINAL STATUS REPORT

August 2, 2004

**BOWLER, Ch.U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Superseding Indictment in the above-entitled case, which charges the defendant conspiracy to commit money laundering, was returned on March 11, 2004;

2. The defendant was arraigned on the Superseding Indictment on May 6, 2004;

3. The defendant is not in custody on the charges;

4.  At the time of arraignment, the attorney for the government estimated that the government would call approximately eight to ten witnesses and that the trial would last approximately one week;

5.  Defense counsel has indicated that the case will be resolved by way of a trial;

6. As of the date of this Final Status Report, all parties agree that there are seventy days remaining on the Speedy Trial clock;

7.  This case is hereby returned to the district judge to whom this case is assigned.


_____/s/_____

**MARIANNE B. BOWLER**
Chief United States Magistrate Judge

2