# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

       v.                                                  CR. NO. 03-10331-RGS

IVAN VELEZ
JULIO DANIEL GRANDE

## NOTICE

September 14, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for

**Arraignment on the Superseding Indictment at 2:30 p.m., Thursday, September 23, 2004,**

in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

/s/
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD

*  **PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification**