UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>IVAN VELEZ )  | Case No. 03-CR-10331 (RGS) |

**ASSENTED TO MOTION FOR CONTINUANCE AND EXCLUDABLE DELAY**

The United States of America and defendant, Ivan Velez, respectfully request a continuance of the trial currently set for February 14, 2005 to May 2005 or at a later date convenient for the Court. Defendant Velez is not currently in custody. Moreover, co-defendant Julio Grande, the only other defendant remaining, is also not in custody and his case is still before the Magistrate Judge; it is also likely that motions will be filed by this defendant and that his case will not be ready to proceed to trial until a later date that cannot be determined at this time.

The United States and defendant Velez further request that the Court enter an order excluding this time period from the Speedy Trial Act calculations with respect to this case.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                        By:  */s/ Cynthia W. Lie*
                                        CYNTHIA W. LIE
                                        Assistant U.S. Attorney

Dated: January 24, 2005