## UNITED STATES DISTRICT COURT
## MASSACHUSETTS DIVISION

UNITED STATES OF AMERICA,

V.

CRIMINAL NO.: 03-CR-10331 (RGS)

IVAN VELEZ,

_____/

### ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE
### BOND COLLATERAL

THIS CAUSE came to be heard this 5th day of April 2005 upon Defendant's

Stipulated Motion to Substitute Bond Collateral.

It is hereby

ORDERED AND ADJUDGED that said motion is GRANTED, and the original

property that served as collateral on the $75,000. bond located at 4831 NW 112 Court, Miami,

Florida shall be substituted by the property located at 11336 NW 74th Terrace, Miami, Florida and

that all sale restrictions on the original property shall be lifted immediately and the same sale

restrictions be imposed on the new collateral property.

All other conditions of the bond will remain the same.

DONE AND ORDERED this 5th day of April 2005.

_____
United States District Court Judge
~~United States Magistrate Judge~~

cc: Cynthia W. Lie, AUSA
    Percy Martinez, Esq.