```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )   Case No. 03-CR-10331 (RGS)
                            )
IVAN VELEZ                  )
```

**ASSENTED TO MOTION FOR CONTINUANCE AND EXCLUDABLE DELAY**

The United States of America and defendant, Ivan Velez, respectfully request a continuance of the trial currently set for June 6, 2005 to October 10, 2005 or a date near that week when it is convenient for the Court. Defendant Velez is not currently in custody. Moreover, co-defendant Julio Grande, the only other defendant remaining, is also not in custody and his case is still pending before the Magistrate Judge. Thus, a trial continuance is requested.

The United States and defendant Velez further request that the Court enter an order excluding this time period from the Speedy Trial Act calculations with respect to this case.

```
                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            United States Attorney

                            By:  /s/ Cynthia W. Lie
                            CYNTHIA W. LIE
                            Assistant U.S. Attorney
```

Dated: April 20, 2005