UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

*FILED CLERKS OFFICE*

*2005 APR 25 P 1:43*

*U.S. DISTRICT COURT*
*DISTRICT OF MASS*

**UNITED STATES OF AMERICA,**

      Plaintiff,

      -vs-

      **CRIMINAL NO: 03-CR-10331 (RGS)**

**Ivan Velez,**

      Defendant.

_____/

## NOTICE OF UNAVAILABILITY

    The undersigned counsel, Percy Martinez, hereby gives notice that he will be unavailable from May 4, 2005 through June 8, 2005, on a pre-paid family vacation. The undersigned respectfully requests that no matters be scheduled during that period of time.

Respectfully submitted

**Percy Martinez, Esq.**
The Alhambra
2 Alhambra Plaza Suite 801
Coral Gables, Fl 33134
Tel:(305) 529-0001
Fax: (305) 448-0554

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed to

**Cynthia W. Lie**, Assistant United States Attorney, Office of The United States Attorney,

Boston, Massachusettes on this 20th day of April 2005.

By: _____

Percy Martinez, Esq.