UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 OCT 12 P 1: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA      )
                             )
          v.                 )     Case No. 03-CR-10331(RGS)
                             )
IVAN VELEZ                    )

## OPPOSITION TO MOTION TO CONTINUE TRIAL DATE

The United States of America respectfully opposes defendant Velez' Motion to Continue Trial Date to Mid-March of 2006. The government understands defense attorney Percy Martinez' busy upcoming trial schedule. However, this 2003 case is older than the other upcoming cases (2005 cases) defense counsel has scheduled for trial in Florida. Nevertheless, the main reason for the government's opposition is that one of the co-defendants who is currently cooperating with the government has been detained since the cases inception in 2003 (Mr. Velez was added to the case in March 2004). This co-defendant is awaiting the opportunity to testify at the upcoming trial so that he/she can be sentenced. Thus, the government respectfully objects to the requested mid-March continuance.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

CYNTHIA W. LIE
Assistant U.S. Attorney

I hereby certify that a true copy of the
above document was served upon (each
party appearing pro se and) the attorney of   Percy
record for each other party by mail on       Martinez

Dated:  10/12/05

Assistant U.S. Attorney