The City of Coral Gables

Office of the Police Chief
2801 SALZEDO STREET
CORAL GABLES, FLORIDA 33134
PHONE (305) 460-5418
FAX (305) 460-5499

November 2, 2005

Laura J. Kaplan, Chief, AUSA
Violent & Organized Crime Section
United States Attorney
District of Massachusetts
United States Courthouse, Suite 2900
1 Courthouse Way
Boston, Massachucettes 02210

**Re: <u>United States v. Ivan Velez</u>
Criminal Number 03-10331-RGS**

Dear Ms. Kaplan:

In regards to your correspondence of October 20, 2005, after checking all of our files in reference to Reserve Deputy Commander Michael Wald, our Department does not have any findings of misconduct or any allegations of misconduct against Mr. Wald. There is also no record of any criminal charges brought against him in his Personnel or Internal Affairs files kept by the Coral Gables Police Department

If I can be of further assistance, please do not hesitate to contact me at 305-460-5418.

Sincerely,

M. L. Hammerschmidt
Chief of Police

MLH/eh

   

POLICE EXECUTIVE
RESEARCH FORUM

P.O. BOX 141549   CORAL GABLES, FLORIDA 33134-1549