```
                UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )        CRIMINAL No.
        v.                  )
                            )
                            )        03-CR-10331 (RGS)
IVAN VELEZ                  )
        Defendant.          )
```

**GOVERNMENT'S LIST OF POTENTIAL WITNESSES**

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorneys Cynthia W. Lie and Suzanne Sullivan, hereby files the following List of Potential Witnesses for the trial in the above-captioned matter. The government reserves the its right to supplement or modify the list with notice to the defendant:

**IMMIGRATION AND CUSTOMS ENFORCEMENT, Boston, Massachusetts**
Special Agent Henry Basile
Analyst Lisa LaForte

**INTERNAL REVENUE SERVICE, Boston, Massachusetts**
Special Agent Joseph Ridgley
Paul Crowley or Designee - tax return reviewer

**QUEENS COUNTY DISTRICT ATTORNEY'S OFFICE, New York**
Frank Di Gregorio, Money Laundering Expert

**CIVILIAN WITNESSES**
Varughese Varughese
Oscar Patino
Claudia Navarro-Montero

      Deborah Huajuca, Spanish Interpreter
      Keepers of Records

Dated: January 23, 2006

                                     Respectfully submitted,

                                     MICHAEL J. SULLIVAN
                                     United States Attorney

                                     By:  */s/ Cynthia W. Lie*

                                   CYNTHIA W. LIE
                                   SUZANNE M. SULLIVAN
                                   Assistant U.S. Attorneys