UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL No. |
| v. | ) | |
| | ) | |
| | ) | 03-CR-10331 (RGS) |
| IVAN VELEZ | ) | |
| Defendant. | ) | |

**GOVERNMENT'S SUPPLEMENTAL LIST OF POTENTIAL EXHIBITS**

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts and Assistant U.S. Attorneys Cynthia W. Lie and Suzanne Sullivan, hereby files the following Supplemental List of Potential Exhibits for the trial in the above-captioned matter. The government reserves its right to supplement or modify the list with reasonable notice to the defendants:

| Exhibit | Description |
|---|---|
| 1 | Black Market Exchange Chart |
| 2 | Chart of Participants |
| 3 | USCL Sovereign Bank Account 30900001923 Account Opening Forms and Records |
| 4 | Navarro Sovereign (originally Fleet) Bank Account 3090015598 Account Opening Forms and Records |
| 5A-5C | Deposit Slips into USCL Account 30900001923 Records and Navarro Account |

| | |
|---|---|
| 6 | Bank Photos of Oscar Patino |
| 7 | Sovereign Bank Branch Identifying Records |
| 8 | Chart of Cash Deposits of Patino |
| 9 | Money Order Deposits into USCL Account 30900001923 and Navarro Account 3090015598 |
| 10 | Chart of Money Order Deposits into USCL Account 30900001923 and Navarro Account 3090015598 |
| 11A | Money Order Closeout Reports |
| 11B | Money Order Closeout Report Section |
| 12 | Triboro Checking Branch Locations |
| 13 | Third Party Checks Deposited into USCL Account 30900001923 |
| 14A | Grande City National Bank Account 140919417 Records |
| 14B | Money Order Deposits from Triboro Checking into Grande City National Bank Account 140919417 Records |
| 15 | Gordillo/Grande Washington Mutual Account 389-205591-0 Records |
| 16 | Record of Wire Transfer From Grande to USCL Account |
| 17 | Opt 4 Citibank Statement 5/7/01 - 6/6/01 |
| 18 | AIRTRAN Reservation Documents |

| 19 | Nextel Bill for May 4-June 3, 2001 for telephone numbers:<br>781 858 1678<br>781 858 1679<br>781 858 1680 |
|----|---|
| 20 | GES telephone records for 305-639-2729 |
| 21 | Tape-34: Consensual Recording between Patino and Velez |
| 22 | Tape-35: Consensual Recording between Patino and Velez |
| 23 | Tape-36: Consensual Recording between Patino and Velez |
| 24 | Tape-37: Consensual Recording between Patino and Velez |
| 25 | English/Spanish Transcript for Tape 34 |
| 26 | English/Spanish Transcript for Tape 35 |
| 27 | English/Spanish Transcript for Tape 36 |
| 28 | English/Spanish Transcript for Tape 37 |
| 29 | Email dated May 28, 2001 between Patino and Navarro and Records concerning $63,446.10 wire transfer from Sovereign Bank USCL Account to Juki Union |
| 30 | May 23, 2001 emails between Patino and Navarro Tax Returns for General Express Services |
| 31 | May 27, 2001 email between Patino and Navarro |
| 32 | Emails between Patino and Velez from March 15, 16, 30, 2004 |
| 33 | PLEA AGREEMENT FOR CLAUDIA NAVARRO |
| 34 | PLEA AGREEMENT OSCAR PATINO |
| 35 | PLEA AGREEMENT VARUGHESE VARUGHESE |

| 36 | Ivan Velez Bank of America Account 0034 3018 2823 Records |
| --- | --- |
| 37 | General Express Services Bank of America Account 0030 6732 0115 Records |
| 38 | Tax Returns for Ivan Velez |
| 39 | Tax Returns for General Express Services |

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                          By:  /s/ *Cynthia W. Lie*

                          CYNTHIA W. LIE
                          SUZANNE M. SULLIVAN
                          Assistant U.S. Attorneys

Dated: January 30, 2006