UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-CR-10331-RGS |
| ) | |
| **IVAN VELEZ** ) | |
| ) | |

**NOTICE OF APPEARANCE**

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of his/her appearance as government counsel in the above-captioned matter.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

By:   */s/ Suzanne M. Sullivan*
      SUZANNE M. SULLIVAN
      Assistant U.S. Attorney
      United States Attorney's Office
      One Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3146

January 30, 2006