UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 03-10331-RGS

IVAN VELEZ

## NOTICE OF RE-SENTENCING

STEARNS, D.J.  APRIL 5, 2006

SENTENCING IN THE ABOVE-CAPTIONED ACTION, PRESENTLY SCHEDULED FOR MAY 10, 2006, IS HEREBY RE-SCHEDULED TO:

WEDNESDAY, JUNE 21, 2006 AT 3:30 P.M.

BEFORE THE HONORABLE RICHARD G. STEARNS, UNITED STATES DISTRICT JUDGE, COURTROOM #21, 7TH FLOOR, JOHN JOSEPH MOAKLEY UNITED STATES COURTHOUSE, BOSTON, MA.

SO ORDERED.

RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE

BY: /s/ Mary H. Johnson
Deputy Clerk