UNITED STATES DISTRICT COURT
MASSACHUSETTS DIVISION

FILED
CLERKS OFFICE

2006 SEP 25 P 4: 42

UNITED STATES OF AMERICA

-vs-                                    CRIMINAL NO.: 03-CR-10331 (RGS)

IVAN VELEZ

Defendant.
_____/

## MOTION FOR RECOMMENDATION FOR LOCATION AND TYPE OF PRISON FACILITY

**COMES NOW** the Defendant, Ivan Velez, by and through his undersigned counsel and moves this Honorable Court, that the defendant shall be housed in a facility closest to his home in Miami, FL

1. The Defendant was sentenced on September 19, 2006.

2. The Defendant was sentenced to 30 months in prison, followed by a term of supervised release.

3. The Defendant resides in Miami, FL with his wife and minor daughter.

4. The Defendant respectfully requests that he be housed in a facility closest to Miami so that his wife and family may visit him

5. Additionally, the defendant respectfully requests that he be housed in a camp facility as he has no prior arrests, is a U.S. citizen, has never possessed a firearm, was convicted of a non-violent offense, namely, money laundering, and complied exemplary with his pre-trial release conditions during the last 29 months.

6. Assistant United States Attorney, Suzanne Sullivan, has no objections to the foregoing motion.

**WHEREFORE** the Defendant prays this Honorable Court grant his motion for recommendation for location and type of prison facility.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the United States Attorney's Office, at 1 Courthouse Way, Suite 9200, Boston, Massachusetts 02210 on this 20th day of September 2006.

Respectfully submitted,

By /s/ PMartinez
Percy Martinez, Esq.
The Alhambra
2 Alhambra Plaza, Suite 112
Coral Gables, Florida 33134
Telephone: (305) 529-0001
Facsimile: (305) 448-0554