UNITED STATES DISTRICT COURT
MASSACHUSETTS DIVISION

**UNITED STATES OF AMERICA**

-vs-                                    CRIMINAL NO.: 03-CR-10331 (RGS)

**IVAN VELEZ**

   Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR RECOMMENDATION FOR LOCATION AND TYPE OF PRISON FACILITY

**THIS MATTER** is before this Court for consideration of Defendant's Motion for recommendation for location and type of prison facility. After being otherwise fully advised in the premises, it is hereby,

**ORDERED AND ADJUDGED** that said Motion for recommendation for location and type of prison facility is **GRANTED,** and that the defendant shall be housed in a facility closest to his home in Miami, FL.

**Further ordered**, it is recommended by this Honorable Court, that the defendant be housed in a camp.

**DONE AND ORDERED** this 26th day of September 2006.

_____
**Honorable Richard G. Stearns**
**U.S. District Judge**

cc: Bureau of Prisons
    Percy Martinez, Esq.