UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                              CRIMINAL NO. 03-10331-03-RGS

IVAN D. VELEZ
U. S. Marshal No. 25972-038

## ORDER OF EXTENSION FOR SELF-SURRENDER DATE

STEARNS, DJ.                                              OCTOBER 24, 2006

THIS COURT HEREBY GRANTS AN EXTENSION, TO AND INCLUDING MONDAY, NOVEMBER 20, 2006 AT 12:00 NOON, FOR THE ABOVE-NAMED DEFENDANT, IVAN D. VELEZ, TO SELF-SURRENDER TO THE DESIGNATED INSTITUTION AT WHICH HIS SENTENCE WILL BE SERVED.

SO ORDERED.

/s/ Richard G. Stearns
RICHARD G. STEARNS
UNITED STATES DISTRICT JUDGE